**Slip Op. 02-96**

**UNITED STATES COURT OF INTERNATIONAL TRADE**

BEFORE: SENIOR JUDGE NICHOLAS TSOUCALAS

_____
| :
KOYO SEIKO CO., LTD. and | :
KOYO CORPORATION OF U.S.A.; | :
NSK LTD. and NSK CORPORATION; | :
NTN BEARING CORPORATION OF AMERICA, | :
AMERICAN NTN BEARING MANUFACTURING | :
CORPORATION and NTN CORPORATION; | :
THE TIMKEN COMPANY, | : Consolidated
| : Court No.
          Plaintiffs and | : 98-06-02274
          Defendant-Intervenors, | :
| :
          v. | :
| :
UNITED STATES, | :
| :
          Defendant. | :
_____

**JUDGMENT**

This Court, having received and reviewed the United States Department of Commerce, International Trade Administration's ("Commerce"), Final Results of Redetermination Pursuant to Court Remand on Koyo Seiko Co. v. United States, 26 CIT ___, 186 F. Supp. 2d 1332 (2002) ("Remand Results"), comments to preliminary version of the Remand Results by Koyo Seiko Co., Ltd. and Koyo Corporation of U.S.A. and NSK Ltd. and NSK Corporation, holds that Commerce duly complied with the Court's remand order, and it is hereby

**ORDERED** that the Remand Results filed by Commerce on July 1, 2002, are affirmed in their entirety; and it is further

ORDERED that since all other issues have been decided, this case is dismissed.

_____
NICHOLAS TSOUCALAS
SENIOR JUDGE

Dated:     August 22, 2002
           New York, New York